**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

RICHARD M. RAND         2773-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700

Attorney for Defendant
C&S WHOLESALE GROCERS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARMEN GOMES,<br><br>               Plaintiff,<br><br>       vs.<br><br>C&S WHOLESALE GROCERS,<br><br>               Defendant. | CIVIL NO. CV 19-00129 ACK-KJM<br><br>ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES<br><br><br>Trial Date:  May 12, 2020<br>Judge:   Honorable Alan C. Kay |

**ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED by and between all parties who have appeared in this action, by their respective counsel, that this action is dismissed with prejudice.  There are no remaining parties and/or issues.

1180094/1649.005

This stipulation is based on Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action.  Each party agrees to bear their own attorneys' fees and costs.  Trial in this case was set for May 12, 2020.

DATED:     Honolulu, Hawaii, August 6, 2019.

STIPULATED AND AGREED TO BY:

 /s/ Richard M. Rand
RICHARD M. RAND

Attorney for Defendant
C&S WHOLESALE GROCERS, INC.

 /s/ Roman F. Amaguin
ROMAN F. AMAGUIN

Attorney for Plaintiff
CARMEN GOMES

APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawai`i, <u>August 6, 2019</u>.



_____
Alan C. Kay
Sr. United States District Judge

---

*Carmen Gomes vs. C&S Wholesale Grocers, Inc.*, Civil No. CV 19-00129 ACK-KJM; ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES